IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ALVIN SEAGROVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:11-0035 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION OF ) | Magistrate Judge Knowles |
| AMERICA (CCA), *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On July 12, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 23), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motions to Amend (Docket Nos. 11, 20) are **DENIED** as futile.

The court notes that, on August 1, 2011, the plaintiff submitted the filing fee. Therefore, this case is **REFFERED** back to the Magistrate Judge for case management and further handling under 28 U.S.C. § 636(b)(1) and Rule 72, FED.R.CIV.P.

It is so **ORDERED**.

ENTER this 10th day of November 2011.

_____
ALETA A. TRAUGER
U.S. District Judge