UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ALVIN SEAGROVES ]
    Plaintiff, ]
     ]
v. ]   No. 1:11-0035
     ]   Judge Trauger
CORRECTIONS CORPORATION OF ]
AMERICA, et al. ]
    Defendants. ]

## O R D E R

In accordance with the Memorandum contemporaneously entered, the plaintiff's Objections (Docket Entry No.60) to the Report and Recommendation (Docket Entry No.58) are without merit and are OVERRULED.

The Report and Recommendation is ADOPTED and APPROVED. The defendant's Motion to Dismiss (Docket Entry No.42) is hereby GRANTED, with all claims against the John Doe defendant being dismissed without prejudice.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge