IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ALVIN SEAGROVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:11-0035 |
| | ) | Judge Trauger |
| CORRECTIONS CORPORATION OF | ) | Magistrate Judge Knowles |
| AMERICA (CCA), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 30, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 89), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by the only remaining defendant, Corrections Corporation of America (Docket No. 87), is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. This Order shall constitute the judgment in this action.

It is so **ORDERED**.

ENTER this 25th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge